EASTERN PAPER & BOX CO., INC., Respondent, v. CATZ AMERICAN CO., INC., Appellant.—

Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.